UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60111-CR-Marra

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

David Dietz,

    Defendant.
_____/

**ORDER AFFIRMING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

    **THIS CAUSE** came before the court upon the Report and Recommendation issued by United States Magistrate Judge James M. Hopkins on September 22, 2008.

    The court has considered the Report and Recommendation, the pertinent parts of the record, the defendant's written objections, and being otherwise fully advised in the premises it is

    **ORDERED and ADJUDGED** that the United States Magistrate's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The defendant is **Competent to Stand Trial or Enter a Guilty Plea.**

    **DONE and ORDERED** in West Palm Beach, this 20th day of October, 2008.

                                                  KENNETH MARRA
                                               UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record